

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00418-CV

Javier **MORA**,
Appellant

v.

Anna G. **MORA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-00776
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT.

We ORDER that appellee Anna G. Mora recover her costs of this appeal from appellant Javier Mora.

SIGNED October 16, 2013.

_____
Marialyn Barnard, Justice